Christopher S. Marchese (SBN 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Tel: (949) 623-7640 / Fax: (858) 678-5099

John W. Thornburgh (SBN 154627)
thornburgh@fr.com
Madelyn S. McCormick (SBN 320063)
mmccormick@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070 / Fax: (858) 678-5099

*Additional Counsel listed on signature page*

Attorneys for Plaintiffs
*Dolby Laboratories, Inc.,*
*Dolby Laboratories Licensing Corp.,*
*and Dolby International AB*

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DOLBY LABORATORIES, INC., DOLBY LABORATORIES LICENSING CORP., AND DOLBY INTERNATIONAL AB, <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL, INC. AND INTERDIGITAL MADISON PATENT HOLDINGS, SAS, <br><br> Defendants. | Case No. 2:26-cv-02269-WLH-BFM <br><br> **PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** <br><br> District Judge: Wesley L. Hsu <br><br> Magistrate Judge: Brianna Fuller Mircheff |

PLAINTIFF' NOTICE OF SUPPLEMENTAL AUTHORITY
Case No. 2:26-cv-02269-WLH-BFM

Plaintiffs Dolby Laboratories, Inc., Dolby Laboratories Licensing Corp., and Dolby International AB (collectively, "Dolby") hereby submit this Notice of Supplemental Authority. The supplemental authority is contained in the motion to stay filed by Disney on May 1, 2026 in the co-pending action brought by the InterDigital Defendants. *InterDigital, Inc., et al. v. The Walt Disney Co., et al.*, Case No. 2:25-cv-895-WLH-BFM (C.D. Cal. filed Feb. 2, 2025).

In this declaratory judgment ("DJ") action, Dolby seeks declaratory relief that Defendants' U.S. Patent No. 9,185,268 ("'268 patent") is not infringed by Dolby and is invalid. Defendants also sued The Walt Disney Company ("Disney") and related Disney entities for alleged infringement of the '268 patent based on Disney's use of a Dolby product known as Dolby Vision.

On April 14, 2026, Defendants moved to dismiss this DJ action because they contend subject matter jurisdiction is lacking. Dkt. No. 27. On April 17, 2026, Dolby filed an opposition to the motion. Dkt. No. 32-1. In its opposition, Dolby points out that as the manufacturer of Dolby Vision—which InterDigital claims Disney uses in an allegedly infringing manner—it is the "true defendant." *See, e.g.*, *id.* at 16-17. As such, Dolby asks the Court to sever the '268 patent from the Disney case and stay the infringement claim against Disney, allowing Dolby to proceed in this action as to the '268 patent. *Id.* at 15-22. Defendants filed a reply to Dolby's opposition on April 24, 2026. Dkt. No. 34.

After briefing closed on Defendants' motion to dismiss, on May 1, 2026, Disney filed a motion to sever the '268 patent from the Disney action and stay that claim pending the outcome of Dolby's DJ action. Case No. 2:25-cv-895-WLH-BFM (C.D. Cal.), Dkt. No. 177 (Disney's Motion to Stay Pending Resolution of Related Proceedings).

By this notice, Dolby submits the supplemental authority contained in Disney's motion to stay in support of its opposition to Defendants' motion to dismiss this DJ action.

Dated: May 12, 2026

FISH & RICHARDSON P.C.

*/s/ Madelyn S. McCormick*
Christopher S. Marchese (SBN 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Tel: (949) 623-7640
Fax: (858) 678-5099

John W. Thornburgh (SBN 154627)
thornburgh@fr.com
Madelyn S. McCormick (SBN 320063)
mmccormick@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070 / Fax: (858) 678-5099

Alex Yu (SBN 334963)
yu@fr.com
Linda Chang (SBN 363647)
chang@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel: (650) 839-5070

Adam R. Shartzer *(admitted pro hac vice)*
shartzer@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, DC 20024
Tel: (202) 783-5070

Peter (Tae) Hong *(admitted pro hac vice)*
hong@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Tel: (404) 892-5005

Attorneys for Plaintiffs
*Dolby Laboratories, Inc.,*
*Dolby Laboratories Licensing Corp.,*
*and Dolby International AB*

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY
Case No. 2:26-cv-02269-WLH-BFM