IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLBY LABORATORIES, INC., DOLBY LABORATORIES LICENSING CORP., AND DOLBY INTERNATIONAL AB,<br><br>Plaintiffs,<br><br>v.<br><br>INTERDIGITAL, INC. AND INTERDIGITAL MADISON PATENT HOLDINGS, SAS,<br><br>Defendants. | Case No. 2:26-cv-02269-WLH-BFM<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND SUPPORTING DOCUMENTS PURSUANT TO L.R. 79-5.2.2(a)** |

Having considered Plaintiffs Dolby Laboratories, Inc., Dolby Laboratories Licensing Corp., and Dolby International AB's Application for Leave to File Under Seal Portions of Plaintiffs' Opposition to Defendants' Motion to Dismiss and Supporting Documents Pursuant to L.R. 79-5.2.2(a), this Court **GRANTS** the Application.

**IT IS HEREBY ORDERED** that the following documents are to be filed under seal:

1.  Portions of Plaintiffs' Opposition to Defendants' Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), 12(h)(3) ("Opposition");

2.  Portions of the Declaration of Andrea Gothing in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), 12(h)(3) ("Gothing Declaration"); and

3.  Entirety of Exhibits A-B attached to and submitted with the Gothing Declaration ("Declaration Exhibits").

**IT IS SO ORDERED.**

Dated: May 19, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2