Christopher S. Marchese (SBN 170239)
marchese@fr.com
Madelyn S. McCormick (SBN 320063)
mmccormick@fr.com
**FISH & RICHARDSON P.C.**
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Phone: 949.623.7640
*Attorneys for Plaintiffs*

Nancy M. Olson (SBN 260303)
nolson@olsonstein.com
David Stein (SBN 198256)
dstein@olsonstsein.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 310.916.7433
*Attorneys for Defendants*

*Additional counsel listed on last page*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DOLBY LABORATORIES, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>INTERDIGITAL, INC., *et al.*<br><br>Defendants. | Case No. 2:26-cv-02269-WLH-BFM<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: March 12, 2026<br>Current Deadline: June 3, 2026<br>New Deadline: June 10, 2026 |

Pursuant to Local Rule 8-3 of the Central District of California, Plaintiffs Dolby Laboratories, Inc., Dolby Laboratories Licensing Corp., and Dolby International AB and Defendants InterDigital, Inc. and InterDigital Madison Patent

-1-

Holdings SAS (collectively, "the Parties"), by and through their respective counsel, hereby stipulate as follows:

1. On March 3, 2026, Plaintiffs filed their initial Complaint. ECF No. 1.

2. Defendants were served with the Complaint on March 12 and March 13, 2026, respectively. ECF Nos. 15, 19.

3. On March 25, 2026, the Parties filed a stipulation under L.R. 8-3 to extend the time for all Defendants to respond to the initial complaint by no more than 8 days, making the deadline to respond April 10, 2026. ECF No. 18.

4. On April 10, 2026, Defendants filed a motion to dismiss for lack of jurisdiction. ECF No. 22.

5. After the Motion was fully briefed, on May 20, 2026, the Court issued an Order denying the motion. ECF No. 44.

6. Based on the Order date, the current deadline to respond to the Complaint is June 3, 2026.

7. The Parties have met and conferred, and Plaintiffs agree to an additional extension of 7 days for Defendants to file their response to the Complaint.

8. This is the second L.R. 8-3 extension of time requested by Defendants in this matter, which will result in a total extension of 15 days (*i.e.*, 8 days under the first request and 7 days under this request).

9. The new deadline for Defendants to answer the Complaint shall be June 10, 2026.

10. This extension is sought for good cause and not for purposes of delay. Counsel for Defendants require additional time to adequately research the allegations and prepare a response to the Complaint in view of the Court's Order.

**IT IS SO STIPULATED.**

Dated: May 27, 2026                    Respectfully submitted,

/s/ Nancy M. Olson                     /s/ Madelyn S. McCormick

Nancy M. Olson (SBN 260303)            Christopher S. Marchese (SBN
nolson@olsonstein.com                  170239)
David M. Stein (SBN 198256)            marchese@fr.com
dstein@olsonstein.com                  **FISH & RICHARDSON P.C.**
**OLSON STEIN LLP**                    4695 MacArthur Court, Suite 1100
240 Nice Lane #301                     Newport Beach, CA 92660
Newport Beach, CA 92663                Phone: 949.623.7640
Phone: 310.916.7433                    John W. Thornburgh (SBN 154627)
                                       thornburgh@fr.com
*Attorneys for Defendants*             Madelyn S. McCormick (SBN 320063)
                                       mmccormick@fr.com
                                       **FISH & RICHARDSON P.C.**
                                       12860 El Camino Real, Suite 400
                                       San Diego, CA 92130
                                       Phone: 858.678.5070

                                       *Attorneys for Plaintiffs*

### L.R. 5-4.3.4 ATTESTATION

The undersigned attests that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: May 27, 2026

By: */s/ Nancy M. Olson*
**OLSON STEIN LLP**
Nancy M. Olson (CA SBN 260303)
nolson@olsonstein.com
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 310.916.7433

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT        Case No. 2:26-cv-02269-WLH-BFM