## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | CASE NUMBER: |
| DOLBY LABORATORIES, INC., et al. | 2:26–cv–02269–WLH–BFM |
| Plaintiff(s), | |
| v. | |
| INTERDIGITAL, INC., et al. | |
| Defendant(s). | **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  ___6/22/2026___

Document No.:  ___50___

Title of Document:  ___Answer to Complaint and Counterclaim___

**ERROR(S) WITH DOCUMENT:**

Local Rule 11–3.8 title page is missing, incomplete, or incorrect.

Other:

See FRCP 10, missing the counterclaim parties on the caption of the title page

**Note:** **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:_ June 23, 2026 _                    By:  _/s/ *Lori Muraoka  lori_muraoka@cacd.uscourts.gov*_
                                                            Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS