**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Dolby Laboratories, Inc., et al.,<br><br>PLAINTIFF(S)<br>v.<br><br>InterDigital, Inc., et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:26-cv-02269-WLH-BFM<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 6/22/2026 | 50 | ANSWER to Complaint |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [✓] Other:

   Defendant shall promptly file a corrected Answer curing the deficiencies identified herein.

Dated: _____6/29/2026_____

By: _____
U.S. District Judge / ~~U.S. Magistrate Judge~~