David M. Stein (SBN 198256)
dstein@olsonstein.com
Nancy M. Olson (SBN 260303)
nolson@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 949.887.4600
*Attorneys for Defendants*

Christopher S. Marchese (SBN 170239)
marchese@fr.com
**FISH & RICHARDSON P.C.**
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Phone: 949.623.7640
*Attorneys for Plaintiffs*

*Additional Counsel on signature block

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION LOS ANGELES

| | |
|---|---|
| DOLBY LABORATORIES, INC., DOLBY LABORATORIES LICENSING CORP. and DOLBY INTERNATIONAL AB, <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL, INC., and INTERDIGITAL MADISON PATENT HOLDINGS SAS, <br><br> Defendants. <br><br> INTERDIGITAL, INC., and INTERDIGITAL MADISON PATENT HOLDINGS SAS, | Case No. 2:26-cv-02269-WLH-BFM <br><br> **JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO DISMISS AND STRIKE** <br><br> Current Hearing Date: August 14, 2026 <br> Requested Hearing Date: September 4, 2026 <br> Time: 1:30 p.m. <br> Judge: Hon. Wesley L. Hsu <br> Courtroom: 9B |

STIP TO CONTINUE MOTION HEARING                    Case No. 2:26-cv-02269-WLH-BFM

Counterclaim Plaintiffs,

v.

DOLBY LABORATORIES, INC.,
DOLBY LABORATORIES
LICENSING CORP., and DOLBY
INTERNATIONAL AB,

Counterclaim Defendants.

Plaintiffs Dolby Laboratories, Inc., Dolby Laboratories Licensing Corp., and Dolby International AB (collectively, "Dolby" or "Plaintiffs") and Defendants InterDigital Inc., and InterDigital Madison Patent Holdings, SAS, (collectively, "InterDigital" or "Defendants"), by and through their undersigned counsel of record, stipulate as follows:

1. On July 13, 2026, Dolby filed its Motion to Dismiss and Strike InterDigital's Counterclaims (the "Motion"), which is currently set for hearing on August 14, 2026. Dkt. 55.

2. Under the current briefing schedule, InterDigital's opposition to the Motion is due on July 24, 2026, and Dolby's reply in support of its Motion is due on July 31, 2026.

3. Since the Motion was filed, counsel for the Parties have been engaged in scheduling discussions and determined that a brief continuance of the hearing date and an extension of the corresponding briefing deadlines is warranted to accommodate InterDigital's counsel's schedules and allow the Parties adequate time to properly brief the issues.

4. The Parties agree to continue the hearing on the Motion from August 14, 2026, to September 4, 2026. The requested continuance is limited and will not affect any other dates currently set in this action.

5. The Parties further agree that the briefing schedule should be adjusted

accordingly. The Parties stipulate that:

- InterDigital's Opposition to Dolby's Motion to Dismiss and Strike shall be filed no later than August 7, 2026; and
- Dolby's Reply in Support of its Motion to Dismiss and Strike shall be filed no later than August 21, 2026.

6. Good cause exists for the requested continuance and corresponding modification of the briefing schedule. The requested relief is sought jointly by the Parties, is intended to facilitate orderly briefing of the issues presented by the Motion, will accommodate InterDigital's counsel's schedules, and will not prejudice any party.

7. Therefore, the Parties respectfully request that the Court enter their proposed Order as follows:

- The hearing on Dolby's Motion to Dismiss and Strike is continued from August 14, 2026, to September 4, 2026 at 1:30 p.m.
- InterDigital's Opposition to Dolby's Motion to Dismiss and Strike shall be filed no later than August 7, 2026.
- Dolby's Reply in Support of its Motion to Dismiss and Strike shall be filed no later than August 21, 2026.

**IT IS SO STIPULATED.**

Dated: July 21, 2026

Respectfully submitted,

By:  */s/ David M. Stein*                    By:  */s/ Madelyn McCormick*

David M. Stein (SBN 198256)              Christopher S. Marchese (SBN 170239)
dstein@olsonstein.com                    marchese@fr.com
Nancy M. Olson (SBN 260303)              **FISH & RICHARDSON P.C.**
nolson@olsonstein.com                    4695 MacArthur Court, Suite 1100
**OLSON STEIN LLP**                      Newport Beach, CA 92660
240 Nice Lane #301                       Tel: (949) 623-7640
Newport Beach, CA 92663                  Fax: (858) 678-5099
Phone: 949.887.4600

                                         John W. Thornburgh (SBN 154627)
Richard Kamprath (*admitted pro hac*     thornburgh@fr.com
*vice)*                                  Madelyn S. McCormick (SBN 320063)
rkamprath@mckoolsmith.com                mmccormick@fr.com
**MCKOOL SMITH, P.C.**                   **FISH & RICHARDSON P.C.**
300 Crescent Court, Suite 1200           12860 El Camino Real, Suite 400
Dallas, TX 75201                         San Diego, CA 92130
Telephone: (214) 978-4000                Tel: (858) 678-5070
                                         Fax: (858) 678-5099

Joshua W. Budwin (*admitted pro hac*
*vice)*                                  Alex Yu (SBN 334963)
jbudwin@mckoolsmith.com                  yu@fr.com
**MCKOOL SMITH, P.C.**                   Linda Chang (SBN 363647)
303 Colorado Street, Suite 2100          chang@fr.com
Austin, TX 78701                         **FISH & RICHARDSON P.C.**
Telephone: (512) 692-8700                500 Arguello Street, Suite 400
                                         Redwood City, CA 94063
Kevin Burgess (*admitted pro hac vice*)  Tel: (650) 839-5070
kburgess@mckoolsmith.com
**MCKOOL SMITH, P.C.**                   Adam R Shartzer (*Admitted Pro Hac*
104 East Houston Street, Ste. 300        *Vice*)
Marshall, TX 75670                       shartzer@fr.com
Telephone: (903) 923-9000                **FISH & RICHARDSON P.C.**
                                         1000 Maine Ave. Ste. 1000
*Attorneys for Defendants and Counter*   Washington, D.C., 20024
*Plaintiffs InterDigital, Inc., and*     Tel: (202) 783-5070
*InterDigital Madison Patent*            Fax: (202) 783-2331
*Holdings, SAS*

-4-

Tae Hong (*Admitted Pro Hac Vice*)
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, 21st Floor
Atlanta, GA 30309
Tel: (404) 892-5005
Fax: (404) 892-5002

Joshua H. Park (*Admitted Pro Hac Vice*)
jpark@fr.com
**FISH & RICHARDSON P.C.**
909 Fannin St., Ste.2100
Houston, TX 77010
Tel: (713) 654-5300
Fax: (713) 652-0109

*Attorneys for Plaintiffs and Counter Defendants Dolby Laboratories, Inc., Dolby Laboratories Licensing Corp., and Dolby International AB*

-5-

## L.R. 5-4.3.4 ATTESTATION

The undersigned attests that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: July 21, 2026

By: */s/ David M. Stein*
David M. Stein