UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLBY LABORATORIES, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL, INC., *et al.*, <br><br> Defendants. | Case No. 2:26-cv-02269-WLH-BFM <br><br> **ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO DISMISS AND STRIKE [62]** |

The Court, having reviewed the parties' Joint Stipulation to Continue Hearing on Plaintiffs' Motion to Dismiss and Strike ("the Stipulation"), and finding good cause therefor, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

1. The hearing on Plaintiffs' Motion to Dismiss and Strike is **CONTINUED** from August 14, 2026, to September 4, 2026, at 1:30 p.m.;

2. Defendants' Opposition to Plaintiffs' Motion to Dismiss and Strike shall be filed no later than August 7, 2026;

3. Plaintiffs' Reply in Support of its Motion to Dismiss and Strike shall be filed no later than August 21, 2026; and

4. The Scheduling Conference set for July 31, 2026, is hereby **CONTINUED** to September 25, 2026, at 1:00 p.m.;

5. All other deadlines, dates and proceedings in this action remain unchanged.

**IT IS SO ORDERED.**

Dated: July 27, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2