**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOLBY LABORATORIES, INC., et al.<br>PLAINTIFF(S)<br>v.<br>INTERDIGITAL, INC., et al.<br>DEFENDANT(S). | CASE NUMBER<br>2:26−cv−02269−WLH−BFM<br><br>**MOTION RE INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge Brianna Fuller Mircheff. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedure.

X Hearing Required

X Video Conference

Magistrate Judge: Brianna Fuller Mircheff

Date/Time: August 28, 2026 at 10:00 AM

Courtroom: Zoom information can be found on the court's website under Judge Mircheff's Procedures and Schedules Page

August 24, 2026
Date

By */s/ Christianna Howard*
Deputy Clerk