UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | 2:26-cv-02269-WLH-BFM | Date | September 25, 2026 |
|---|---|---|---|
| Title | Dolby Laboratories, Inc., et al., v. InterDigital, Inc., et al. | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|

| Claudia Garcia-Marquez | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
| Christopher S. Marchese<br>Madelyn S McCormick | David M. Stein<br>Joshua W. Budwin<br>Nancy M Olson<br>Richard A. Kamprath |

**Proceedings:** **SCHEDULING CONFERENCE AND MOTION TO DISMISS AND STRIKE UNDER FED. R. CIV. P. 12(b)(6) AND 12(f) [55] (Held and Completed)**

The matter was called, and counsel stated their appearances. The Court's Tentative Ruling was issued prior to the hearing and reviewed by counsel. The Court heard oral argument. The Court took the matter **UNDER SUBMISSION** and will issue a ruling.

The Court also addressed scheduling and discovery matters and **CONTINUED** the Scheduling Conference to October 13, 2026, at 1:00 PM.

01 : 09

Initials of Deputy Clerk cgm