Joshua W. Budwin (admitted *pro hac vice*)
jbudwin@bkbclaw.com
**BUDWIN KAMPRATH BURGESS CAMPBELL PLLC**
5517 Laceback Terrace
Austin, TX 78738
Phone: 267.251.2874

Nancy M. Olson (SBN 260303)
nolson@olsonstein.com
David M. Stein (SBN 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 310.916.7433

*Additional Counsel listed in signature block
*Attorneys for InterDigital*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION LOS ANGELES**

DOLBY LABORATORIES, INC., *et al.*,

Plaintiffs,

v.

INTERDIGITAL, INC., *et al*,

Defendants.

INTERDIGITAL, INC., *et al*,

Counterclaim Plaintiffs

v.

DOLBY LABORATORIES, INC., *et al.*,

Counterclaim Defendants

Case No. 2:26-cv-02269-WLH-BFM

**DEFENDANTS' AND COUNTERCLAIM PLAINTIFFS' APPLICATION FOR LEAVE TO FILE LIMITED PORTIONS OF EXHIBIT B UNDER SEAL**

*[Filed concurrently with Declaration of Joshua W. Budwin, Redacted Version of Document to be Filed Under Seal, Unredacted Version of Document Proposed to be Filed Under Seal, and [Proposed] Order]*

Defendants and Counterclaim Plaintiffs InterDigital, Inc., and InterDigital Madison Patent Holdings, SAS, (collectively, "InterDigital") respectfully apply for leave of the Court to file under seal limited portions of Exhibit B to their Notice of Lodging Hearing Slides pursuant to Local Rule 79-5.2.2 and the Protective Order. This Application to Seal mirrors the Application filed at ECF No. 81 since the material provided in the slides is excerpted from the underlying material requested to be sealed in that Application.

Pursuant to Local Rule 79-5.2.2(b), InterDigital seeks to file under seal limited portions of Exhibit B to its Notice of Lodging Hearing Slides containing information designated by Dolby as HIGHLY CONFIDENTIAL – SOURCE CODE & ATTORNEYS' EYES ONLY under the Protective Order. Exhibit B consists of slides provided by InterDigital at the September 25, 2026 Motion to Dismiss Hearing and Scheduling Conference. Dolby, as the designating party, will submit a supporting declaration.

Federal Rule of Civil Procedure 26(c)(1)(G) authorizes courts to protect confidential business information from public disclosure. When material proposed to be sealed is submitted in connection with a non-dispositive matter, as is the case here, the good cause standard applies. *See Kamakana v. City & County of Honolulu,* 447 F.3d 1172, 1179-80 (9th Cir. 2006).

There is good cause to seal the limited portions of Exhibit B that contain the information designated by Dolby as HIGHLY CONFIDENTIAL – SOURCE CODE & ATTORNEYS' EYES ONLY pursuant to the Protective Order. As will be further detailed in Dolby's forthcoming declaration in support of sealing as the designating party, Dolby applied these designations because those materials contain non-public information regarding Dolby's business operations, licensing activities, and other information Dolby deems sensitive. Public disclosure of this highly confidential information could impair Dolby's confidentiality interests and undermine the protections set in place by the Protective Order. *See* Sealed Budwin

Declaration, Exhibit B. Therefore, good cause supports maintaining these materials under seal.

InterDigital's request is narrowly tailored to seal only limited portions of Exhibit B containing the information designated by Dolby as HIGHLY CONFIDENTIAL. Accordingly, InterDigital seeks to seal no more material than necessary to protect Dolby's designated confidentiality interests. As the designating party, Dolby will further address the basis for maintaining these materials under seal in its upcoming supporting declaration pursuant to Local Rule 79-5.2.2(b).

Dated: October 2, 2026

Respectfully submitted,

*/s/ Joshua W. Budwin*

Joshua W. Budwin (admitted *pro hac vice*)
jbudwin@bkbclaw.com
**BUDWIN KAMPRATH BURGESS CAMPBELL PLLC**
5517 Laceback Terrace
Austin, TX 78738
Phone: 267.251.2874

Richard A. Kamprath (admitted *pro hac vice*)
rkamprath@bkbclaw.com
**BUDWIN KAMPRATH BURGESS CAMPBELL PLLC**
6355 Vanderbilt Ave
Dallas, Texas 75214
Phone: 817-398-5704

Kevin Burgess (admitted *pro hac vice*)
kburgess@bkbclaw.com
**BUDWIN KAMPRATH BURGESS CAMPBELL PLLC**
508 Oakwood Estates Blvd.
Marshall, TX 75672
Phone: 512.626.7253

Nancy M. Olson (CA SBN 260303)
nolson@olsonstein.com
David M. Stein (CA SBN 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 310.916.7433

*Attorneys for InterDigital*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.1, I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF filing system, which will generate and send an email notification of said filing to all counsel of record on October 2, 2026.

*/s/ Joshua W. Budwin*
Joshua W. Budwin