Christopher S. Marchese (SBN 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Tel: (949) 623-7640 / Fax: (858) 678-5099

*Additional Counsel listed on last page*

Attorneys for Plaintiffs and Counterclaim Defendants
*Dolby Laboratories, Inc.,*
*Dolby Laboratories Licensing Corp.,*
*and Dolby International AB*

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DOLBY LABORATORIES, INC., DOLBY LABORATORIES LICENSING CORP., AND DOLBY INTERNATIONAL AB,<br><br>Plaintiffs,<br><br>v.<br><br>INTERDIGITAL, INC. AND INTERDIGITAL MADISON PATENT HOLDINGS, SAS,<br>Defendants. | Case No. 2:26-cv-02269-WLH-BFM<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**<br><br>District Judge: Wesley L. Hsu<br><br>Magistrate Judge: Brianna Fuller Mircheff |
| INTERDIGITAL, INC. AND INTERDIGITAL MADISON PATENT HOLDINGS, SAS,<br><br>Counterclaim Plaintiffs.<br>v.<br><br>DOLBY LABORATORIES, INC., DOLBY LABORATORIES LICENSING CORP., AND DOLBY INTERNATIONAL AB,<br><br>Counterclaim Defendants, | |

Under Federal Rule of Evidence 201, Dolby respectfully request that the Court take judicial notice of the patentee's Response of July 22, 2013 (to Non-Final Office Action of February 20, 2013) submitted during the prosecution history of U.S. Patent No. 9,185,268 (the asserted '268 patent), attached as Exhibit A. Dolby requests notice in particular of the highlighted portions in Exhibit A, which counsel for Dolby referenced at the September 25, 2026 hearing on Dolby's motion to Dismiss (*see* Dkt. 86) in addressing whether the asserted claims 1 and 6 are representative. Dolby submits Exhibit A so that the Court has the full record of what was presented orally at the hearing.

Dated: October 6, 2026

FISH & RICHARDSON P.C.

*/s/ Madelyn S. McCormick*

John W. Thornburgh (SBN 154627)
thornburgh@fr.com
Aleksandr Gelberg (SBN 279989)
gelberg@fr.com
Madelyn S. McCormick (SBN 320063)
mmccormick@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070 / Fax: (858) 678-5099

Christopher S. Marchese (SBN 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Tel: (949) 623-7640
Fax: (858) 678-5099

Alex Yu (SBN 334963)
yu@fr.com
Linda Chang (SBN 363647)
chang@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel: (650) 839-5070

Adam R Shartzer (*Admitted Pro Hac Vice)*
shartzer@fr.com
FISH & RICHARDSON P.C
1000 Maine Ave. Ste. 1000
Washington, D.C., 20024
Tel: (202) 783-5070
Fax: (202) 783-2331

Tae Hong (*Admitted Pro Hac Vice)*
FISH & RICHARDSON P.C.
1180 Peachtree St. NE, 21st Floor
Atlanta, GA 30309
Tel: (404) 892-5005
Fax: (404) 892-5002

Joshua H. Park (*Admitted Pro Hac Vice*)
jpark@fr.com
FISH & RICHARDSON P.C.
909 Fannin St., Ste.2100
Houston, TX 77010
Tel: (713) 654-5300
Fax: (713) 652-0109

Attorneys for Plaintiffs
and Counterclaim Defendants
*Dolby Laboratories, Inc.,*
*Dolby Laboratories Licensing Corp.,*
*and Dolby International AB*