# EXHIBIT A

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | |
|---|---|
| **Applicant:** | **Ingo Tobias Doser et al.** |
| **Serial Number:** | **12/450,622** |
| **Atty. Docket:** | **PU070073** |
| **Filing Date:** | **June 7, 2010** |
| **Examiner:** | **Wesner Sajous** |
| **Art Unit:** | **2677** |
| **Conf. No.:** | **2642** |
| **For:** | **METHODS AND SYSTEMS FOR DISPLAYS WITH CHROMATIC CORRECTION WITH DIFFERING CHROMATIC RANGES** |

**Mail Stop Amendment**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**

**RESPONSE UNDER 37 C.F.R. §1.111**

Sir:

In response to the Non-Final Office Action of February 20, 2013, please enter the amendments, if any, and the remarks for the above-identified application as follows.

**Amendment and Listing of the Claims** begins on page **2** of this paper.

**Remarks** begin on page **9** of this paper.

Applicants hereby petition for a two (2) month extension of time to allow for a timely submission of this response (July 20th being a Saturday). Please charge all fees required for this submission to Deposit Account No. 07-0832.

## Amendment and Listing of the Claims

This listing of claims will replace all prior versions, and listings, of claims in the application.

1. **(Previously Presented)** A method for color correcting, comprising:

performing color correction on source picture content, using at least one of a non-reference type display having a non-reference color gamut and a reference type display having a reference color gamut,

wherein said performing step comprises:

mastering the source picture content to provide mastered color corrected picture content for display on the non-reference type displays having a non-reference color gamut; and

generating metadata for a color gamut mapping that color transforms the mastered color corrected picture content for display on reference type displays having a reference color gamut,

wherein the source picture content is mastered only for the non-reference type displays having the non-reference color gamut.

2. **(Original)** The method of claim 1, wherein the metadata is provided to the reference type displays for final consumption at least one of in-band and out-of-band with respect to the mastered color corrected picture content.

3. **(Previously Presented)** The method of claim 1, wherein said step of performing the color correction further comprises performing the color gamut mapping using the metadata to verify a result of the color correction, when the display content is rendered on the reference type display.

4. **(Original)** The method of claim 1, wherein the color gamut mapping is applied during the color correction and a subsequent consumer consumption.

5. **(Original)** The method of claim 1, wherein the reference type displays and the non-reference type displays are at least one of liquid crystal displays, plasma displays, cathode ray tube displays, digital light processing displays, organic light emitting diode displays, liquid crystal on silicon displays, and direct drive image light amplifier displays.

6. **(Previously Presented)** A method for color correcting, comprising:

performing color correction on source picture content, using at least one of a non-reference type display having a non-reference color gamut and a reference type display having a reference color gamut,

wherein said performing step comprises:

mastering the source picture content to provide mastered color corrected picture content for display on the non-reference type displays having a non-reference color gamut; and

mastering the source picture content to provide mastered color corrected picture content for display on the reference type displays having a reference color gamut, using a color gamut mapping applied to the mastered color corrected picture content for display on the non-reference type displays having the non-reference color gamut .

7. **(Original)** The method of claim 6, wherein the mastered color corrected picture content for display on the reference type displays having the reference color gamut is used directly by a consumer device.

8. **(Original)** The method of claim 6, wherein the mastered color corrected picture content for display on the reference type displays having the reference color gamut is reconstructed by a consumer device before display by the consumer device, using metadata and the mastered color corrected picture content for display on the non-reference type displays having the non-reference color gamut.

9. **(Original)** The method of claim 6, wherein said step of mastering the source picture content comprises rendering the mastered color corrected picture content on the reference type display using a color gamut mapping that simulates the non-reference type display on the reference type display.

10. **(Original)** The method of claim 6, wherein the reference type displays and the non-reference type displays are at least one of liquid crystal displays, plasma displays, cathode ray tube

displays, digital light processing displays, organic light emitting diode displays, liquid crystal on silicon displays, and direct drive image light amplifier displays.

11. **(Original)** The method of claim 6, wherein the mastered color corrected picture content for display on the reference type displays having the reference color gamut is a derivative of the mastered color corrected picture content for display on the non-reference type displays having the non-reference color gamut.

12. **(Previously Presented)** A system for color correcting, comprising:

a color correction module for performing color correction on source picture content, using at least one of a non-reference type display having a non-reference color gamut and a reference type display having a reference color gamut, to provide mastered color corrected picture content for display on the non-reference type displays having a non-reference color gamut; and

a color gamut mapping module for performing a color gamut mapping to generate metadata for a subsequent color gamut mapping that color transforms the mastered color corrected picture content for display on reference type displays having a reference color gamut,

wherein the source picture content is mastered only for the non-reference type displays having the non-reference color gamut.

13. **(Original)** The system of claim 12, wherein the metadata is provided to the reference type displays for final consumption at least one of in-band and out-of-band with respect to the mastered color corrected picture content.

14. **(Original)** The system of claim 12, wherein the reference type displays and the non-reference type displays are at least one of liquid crystal displays, plasma displays, cathode ray tube displays, digital light processing displays, organic light emitting diode displays, liquid crystal on silicon displays, and direct drive image light amplifier displays.

15. **(Previously Presented)** A system for color correcting, comprising:

a color correction module for performing color correction on source picture content, using at least one of a non-reference type display having a non-reference color gamut and a reference type display having a reference color gamut, to provide mastered color corrected picture content for display on the non-reference type displays having a non-reference color gamut; and

a color gamut mapping module for performing a color gamut mapping with respect to the mastered color corrected picture content for display on the non-reference type displays having the non-reference color gamut to provide mastered color corrected picture content for display on the reference type displays having a reference color gamut.

16. **(Original)** The system of claim 15, wherein the mastered color corrected picture content for display on the reference type displays having the reference color gamut is used directly by a consumer device.

17. **(Original)** The system of claim 15, wherein the mastered color corrected picture content for display on the reference type displays having the reference color gamut is reconstructed by a consumer device before use by the consumer device, using metadata and the mastered color corrected picture content for display on the non-reference type displays having the non-reference color gamut.

18. **(Original)** The system of claim 15, wherein the reference type displays and the non-reference type displays are at least one of liquid crystal displays, plasma displays, cathode ray tube displays, digital light processing displays, organic light emitting diode displays, liquid crystal on silicon displays, and direct drive image light amplifier displays.

19. **(Original)** The system of claim 15, wherein the mastered color corrected picture content for display on the reference type displays having the reference color gamut is a derivative of the mastered color corrected picture content for display on the non-reference type displays having the non-reference color gamut.

20. **(Original)** A system for color correcting, comprising:

means for performing color correction on source picture content, using at least one of a non-reference type display having a non-reference color gamut and a reference type display having a reference color gamut,

wherein said means for performing color correction comprises:

means for mastering the source picture content to provide mastered color corrected picture content for display on the non-reference type displays having a non-reference color gamut; and

means for generating metadata for a color gamut mapping that color transforms the mastered color corrected picture content for display on reference type displays having a reference color gamut,

wherein the source picture content is mastered only for the non-reference type displays having the non-reference color gamut.

21. **(Original)** The system of claim 20, wherein the metadata is provided to the reference type displays for final consumption at least one of in-band and out-of-band with respect to the mastered color corrected picture content.

22. **(Original)** The system of claim 20, wherein said means for performing color correction further comprises means for performing the color gamut mapping using the metadata to verify a result of the color correction, when the display content is rendered on the reference type display.

23. **(Original)** The system of claim 20, wherein the color gamut mapping is applied during the color correction and a subsequent consumer consumption.

24. **(Original)** The system of claim 20, wherein the reference type displays and the non-reference type displays are at least one of liquid crystal displays, plasma displays, cathode ray tube displays, digital light processing displays, organic light emitting diode displays, liquid crystal on silicon displays, and direct drive image light amplifier displays.

25. **(Original)** A system for color correcting, comprising:

means for performing color correction on source picture content, using at least one of a non-reference type display having a non-reference color gamut and a reference type display having a reference color gamut,

wherein said means for performing color correction comprises:

means for mastering the source picture content to provide mastered color corrected picture content for display on the non-reference type displays having a non-reference color gamut; and

means for mastering the source picture content to provide mastered color corrected picture content for display on the reference type displays having a reference color gamut, using a color gamut mapping applied to the mastered color corrected picture content for display on the non-reference type displays having the non-reference color gamut.

26. **(Original)** The system of claim 25, wherein the mastered color corrected picture content for display on the reference type displays having the reference color gamut is used directly by a consumer device.

27. **(Original)** The system of claim 25, wherein the mastered color corrected picture content for display on the reference type displays having the reference color gamut is reconstructed by a consumer device before display by the consumer device, using metadata and the mastered color corrected picture content for display on the non-reference type displays having the non-reference color gamut.

28. **(Original)** The system of claim 25, wherein said means for mastering the source picture content to provide the mastered color corrected picture content for display on the non-reference type displays having the non-reference color gamut comprises means for rendering, the mastered color corrected picture content for display on the non-reference type displays having the non-reference color gamut, on the reference type display using a color gamut mapping that simulates the non-reference type display on the reference type display.

29. **(Original)** The system of claim 25, wherein the reference type displays and the non-reference type displays are at least one of liquid crystal displays, plasma displays, cathode ray tube displays, digital light processing displays, organic light emitting diode displays, liquid crystal on silicon displays, and direct drive image light amplifier displays.

30. **(Original)** The system of claim 25, wherein the mastered color corrected picture content for display on the reference type displays having the reference color gamut is a derivative of the mastered color corrected picture content for display on the non-reference type displays having the non-reference color gamut.

## REMARKS

In the Non-Final Office Action of February 20, 2013, it is noted that claims 1-30 are pending; that claims 1-7, 9-16, 18-26 and 28-30 stand rejected under 35 U.S.C. §103; and that claims 8, 17 and 27 have been objected to as being dependent from respective rejected base claims.

By this response, no amendments have been made to the application.

**Allowable Subject Matter**

Claims 8, 17, and 27 are objected to as being dependent from their respective rejected base claims. It has been noted that these claims would be allowable if rewritten in independent form including all the limitations of the base claim and any intervening claims.

Applicants' representative thanks the Examiner for carefully reviewing the claims and identifying allowable subject matter. However, in view of the remarks below, Applicants respectfully submit that the respective base independent claims are allowable over the cited reference, and that claims 8, 17 and 27 are also allowable in their dependent form. Therefore, Applicants have decided to defer, without prejudice, any rewriting of claims 8, 17 and 27 into independent form.

**Rejection under 35 U.S.C. §103**

Claims 1-7, 9-16, 18-26 and 28-30 stand rejected under 35 U.S.C. §103(a) as being unpatentable over Spaulding et al., U.S. Patent Application Publication No. 2005/0152612 (hereinafter, "Spaulding"). This rejection is respectfully traversed.

Claims 1, 6, 12, 15, 20 and 25 are independent claims of different claim types and of different embodiments of the subject matter in this application. Each of claims 1, 6, 12, 15, 20 and 25 recites substantially similar limitations, albeit from different perspectives in the color correcting method and system, which will be discussed below. It will be understood that, to the extent possible for the sake of brevity of this response, the remarks below are intended to pertain to all independent claims that include such similar limitations without further repetition of the remarks.

Claims 2-5 depend directly from claim 1. Claims 7 and 9-11 depend directly from claim 6. Claims 13 and 14 depend directly from claim 12. Claims 16 and 18-19 depend directly from claim 15. Claims 21-24 depend directly from claim 20. Claims 26 and 28-30 depend directly from claim 25.

Claim 1 recites, in part:

> *"mastering the source picture content to provide mastered color corrected picture content for display on the non-reference type displays having a non-reference color gamut; and*
> *generating metadata for a color gamut mapping that color transforms the mastered color corrected picture content for display on reference type displays having a reference color gamut*".

The reproduced limitations from claim 1 are presented in a substantially similar form in independent base claims 12 and 20.

In a similar manner, claim 6 recites, in part:

> *"mastering the source picture content to provide mastered color corrected picture content for display on the non-reference type displays having a non-reference color gamut; and*
> *mastering the source picture content to provide mastered color corrected picture content for display on the reference type displays having a reference color gamut, using a color gamut mapping applied to the mastered color corrected picture content for display on the non-reference type displays having the non-reference color gamut."*

The reproduced limitations from claim 6 are presented in a substantially similar form in independent base claims 15 and 25. The reproduced limitations from these claims are not taught, shown, or suggested by Spaulding.

In the rejection of claim 1 for example, the USPTO alleges that "input color space identifier 24 is equivalent to metadata", which has been defined in claim 1 (see Office Action at page 3 with respect to claim 1). Spaulding appears to define input color identifier 24 as identifying the input color space of the input digital image (Spaulding, paragraph [0015]). Examples of embodiments for the input color space identifier 24 are described in paragraph [0022] by Spaulding, which also refers to identifier 24 as "digital 'metadata' that is stored together with the input digital image in reference color space 23."

Despite Spaulding's reference to color space identifier 24 as "metadata", it is submitted that Spaulding fails to meet the full set of features defined in claim 1 as "metadata". In claim 1, Applicants define their metadata "*for a color gamut mapping that color transforms the mastered color corrected picture content for display on reference type displays having a reference color gamut*". That Spaulding generates metadata as identifier 24 is not enough, because color space identifier does not represent the specific color gamut mapping defined in Applicants' claims. Spaulding's identifier 24 as metadata fails to be useful in transforming the "*mastered color corrected picture content for display on reference type displays having a reference color gamut*".

The "mastered color corrected picture content" referred to in Applicants' claim limitations is not the source picture content, but rather, it is the output of the mastering step in which the source picture content is mastered for display on a non-reference type display having a non-reference color gamut. Such features for Applicants' claimed metadata are not taught or described for the input color space identifier 24 of Spaulding. For these reasons, it is submitted that the Spaulding fails to teach, show, or suggest all the limitations of the claimed subject matter, particularly with respect to claims 1, 12 and 20 and the claims dependent thereon that all call for metadata.

Spaulding does not teach or suggest "*mastering the source picture content to provide ...*" as defined in all the independent claims. The USPTO has relied on paragraph [0015] and Figure 3 of Spaulding in this regard. But in Spaulding, and particularly Figure 3, it is clear that steps 22-28 transform the input digital image into an output digital image in a reference color space. Any color correction and mastering employed in these steps results in a transformation of the input image into an output image for a reference color space.

Contrary to Spaulding's teachings, Applicants' claims all require that the mastering generates a mastered color corrected picture content for display in a <u>non-reference</u> color space. Specifically, the claims all require that the mastering provides "*mastered color corrected picture content <u>for display on the non-reference type displays having a non-reference color gamut</u>*". For these reasons, it is submitted that the Spaulding fails to teach, show, or suggest all the limitations of the claimed subject matter defined in independent base claims 1, 6, 12, 15, 20 and 25 and the claims dependent thereon.

Spaulding also does not teach or suggest "*mastering the source picture content to provide mastered color corrected picture content for display on the reference type displays having a*

*reference color gamut, using a color gamut mapping applied to the mastered color corrected picture content for display on the non-reference type displays having the non-reference color gamut*", as defined in claims 6, 15 and 25 and the claims dependent thereon. Particularly, Spaulding does not teach or suggest that mastering the content for display on reference type displays having a corresponding reference color gamut should be performed "*using a color gamut mapping applied to the mastered color corrected picture content for display on the non-reference type displays having the non-reference color gamut*". Spaulding lacks any teaching or suggestion of the claimed mastering limitation – that is, the second "mastering" limitation in claims 6, 15 and 25 – for applying a color gamut mapping to a transformation of mastered color corrected picture content for display on the non-reference type displays having the non-reference color gamut so that the overall mastering procedure can provide mastered color corrected picture content for display on the reference type displays having a reference color gamut. Without such a teaching or suggestion by Spaulding, it is submitted that Spaulding fails to teach or suggest all the limitations of claims 6, 15 and 25 and the claims dependent thereon.

In light of these remarks, it is submitted that the limitations of independent claims 1, 6, 12, 15, 20 and 25 and the claims dependent therefrom would not have been obvious to a person of ordinary skill in the art upon a reading of Spaulding. Thus, it is believed that claims 1-30 are allowable under 35 U.S.C. §103(a). Withdrawal of this rejection is respectfully requested.

**Conclusion**

In view of the foregoing, it is respectfully submitted that all the claims pending in this patent application are in condition for allowance. Entry of this amendment, reconsideration of the application, and allowance of all the claims are respectfully solicited.

Respectfully submitted,

/Wan Yee Cheung/
Wan Yee Cheung
Reg. No. 42,410
Attorney for Applicants

Patent Operations
Thomson Licensing Inc.
P.O. Box 5312
Princeton, New Jersey 08540