UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-02269-WLH-BFM | Date | October 13, 2026 |
| Title | Dolby Laboratories, Inc., et al., v. InterDigital, Inc., et al. | | |

Present: The Honorable WESLEY L. HSU, United States District Judge

| Claudia Garcia-Marquez | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Christopher S. Marchese<br>Madelyn S McCormick | David M. Stein<br>Joshua W. Budwin<br>Nancy M Olson |

**Proceedings: SCHEDULING CONFERENCE (Held and Completed)**

The matter is called, and counsel state their appearances. For the reasons stated on the record, the Court rules on the scheduling and discovery issues raised in the parties' Joint Rule 26(f) Report. The Court's Standing Patent Rules shall apply, except as to the claim construction deadline, and the default discovery limits under the Federal Rules of Civil Procedure shall govern. The parties shall reproduce discovery materials that they produced in the Disney action, subject to any applicable protective order or confidentiality agreement, and meet and confer with Disney's counsel regarding adding Dolby to the Disney Action's protective order and any confidentiality agreement between the parties. The parties shall file a joint report by October 27, 2026, addressing the protective order and/or confidentiality agreement and whether a hearing is necessary. The parties shall also file a joint submission within 30 days addressing the proposed trial structure and revised case schedule. The Court orders portions of the hearing transcript sealed until further order of the Court.

-- : 48

Initials of Deputy Clerk cgm