Christopher S. Marchese (SBN 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Tel: (949) 623-7640 / Fax: (858) 678-5099

Additional Counsel on Signature Page

Attorneys for Plaintiffs and Counterclaim Defendants
*Dolby Laboratories, Inc., Dolby Laboratories Licensing Corp., and Dolby International AB*

Nancy M. Olson (SBN 260303)
nolson@olsonstein.com
David M. Stein (SBN 198256)
OLSON STEIN LLP
240 Nice Lane #301
Newport Beach, CA 92663
Tel: (310) 916-7433

Attorneys for Defendants and Counterclaim Plaintiffs
*InterDigital, Inc., and InterDigital Madison Patent Holdings, SAS*

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

DOLBY LABORATORIES, INC., DOLBY LABORATORIES LICENSING CORP., AND DOLBY INTERNATIONAL AB,

Plaintiffs,

v.

INTERDIGITAL, INC., AND INTERDIGITAL MADISON PATENT HOLDINGS, SAS,

Defendants.

INTERDIGITAL, INC. AND INTERDIGITAL MADISON PATENT HOLDINGS, SAS,

Counterclaim Plaintiffs.

v.

DOLBY LABORATORIES, INC., DOLBY LABORATORIES LICENSING CORP., AND DOLBY INTERNATIONAL AB,

Counterclaim Defendants,

Case No. 2:26-cv-02269-WLH(BFMx)

**JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO SEVER AND CONSOLIDATE**

District Judge: Wesley L. Hsu

Magistrate Judge: Brianna Fuller Mircheff

Plaintiffs Dolby Laboratories, Inc., Dolby Laboratories Licensing Corp., and Dolby International AB (collectively, "Dolby" or "Plaintiffs") and Defendants InterDigital Inc., and InterDigital Madison Patent Holdings, SAS, (collectively, "InterDigital" or "Defendants"), by and through their undersigned counsel of record, stipulate as follows:

1. On October 19, 2026, InterDigital filed its Motion to Sever and Consolidate (the "Motion"), which is currently set for hearing on November 20, 2026. Dkt. 107.

2. Under the current briefing schedule, Dolby's opposition to the Motion is due on October 30, 2026, and InterDigital's reply in support of its Motion is due on November 6, 2026.

3. Since the Motion was filed, counsel for the Parties engaged in scheduling discussions and determined that a brief continuance of the hearing date and an extension of the corresponding briefing deadlines is warranted to accommodate the schedules of Dolby's counsel and allow the Parties adequate time to properly brief the issues.

4. The Parties agree to continue the hearing on the Motion from November 20, 2026 to December 11, 2026. The requested continuance is limited and will not affect any other dates currently set in this action.

5. The Parties further agree that the briefing schedule should be adjusted accordingly. The Parties stipulate that:

- Dolby's Opposition to InterDigital's Motion to Sever and Consolidate shall be filed no later than November 9, 2026; and
- InterDigital's Reply in Support of its Motion to Sever and Consolidate shall be filed no later than November 24, 2026.

6. Good cause exists for the requested continuance and corresponding modification of the briefing schedule. The requested relief is sought jointly by the

Parties, is intended to facilitate orderly briefing of the issues presented by the Motion, will accommodate Dolby's counsel's schedules, and will not prejudice any party.

7. Therefore, the Parties respectfully request that the Court enter their proposed Order as follows:

- The hearing on InterDigital's Motion to Sever and Consolidate is continued from November 20, 2026, to December 11, 2026, at 1:30 p.m.
- Dolby's Opposition to InterDigital's Motion to Sever and Consolidate shall be filed no later than November 9, 2026.
- InterDigital's Reply in Support of its Motion to Sever and Consolidate shall be filed no later than November 24, 2026.

**IT IS SO STIPULATED.**

Dated: October 26, 2026

FISH & RICHARDSON P.C.

*<u>/s/ Madelyn S. McCormick</u>*

John W. Thornburgh (SBN 154627)
thornburgh@fr.com
Aleksandr Gelberg (SBN 279989)
gelberg@fr.com
Madelyn S. McCormick (SBN 320063)
mmccormick@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070 / Fax: (858) 678-5099

Christopher S. Marchese (SBN 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Tel: (949) 623-7640
Fax: (858) 678-5099

Alex Yu (SBN 334963)
yu@fr.com
Linda Chang (SBN 363647)

chang@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel: (650) 839-5070

Adam R Shartzer (*Admitted Pro Hac Vice)*
shartzer@fr.com
James H.S. Young (*Admitted Pro Hac Vice)*
jyoung@fr.com
FISH & RICHARDSON P.C
1000 Maine Ave. Ste. 1000
Washington, D.C., 20024
Tel: (202) 783-5070
Fax: (202) 783-2331

Tae Hong (*Pro Hac Vice Pending*)
FISH & RICHARDSON P.C.
1180 Peachtree St. NE, 21st Floor
Atlanta, GA 30309
Tel: (404) 892-5005
Fax: (404) 892-5002

Joshua H. Park (*Admitted Pro Hac Vice*)
jpark@fr.com
FISH & RICHARDSON P.C.
909 Fannin St., Ste.2100
Houston, TX 77010
Tel: (713) 654-5300
Fax: (713) 652-0109

Attorneys for Plaintiffs and Counterclaim Defendants
*Dolby Laboratories, Inc.,*
*Dolby Laboratories Licensing Corp.,*
*and Dolby International AB*

Dated: October 26, 2026

OLSON STEIN LLP

*/s/ David M. Stein*

Nancy M. Olson (SBN 260303)
nolson@olsonstein.com
David M. Stein (SBN 198256)
OLSON STEIN LLP
240 Nice Lane #301
Newport Beach, CA 92663
Tel: (310) 916-7433

Richard A. Kamprath
rkamprath@bkbclaw.com
BUDWIN KAMPRATH BURGESS
CAMPBELL PLLC
6355 Vanderbilt Ave.
Dallas, TX 75214
Tel: (737) 214-6402

Joshua W. Budwin
jbudwin@bkbclaw.com
BUDWIN KAMPRATH BURGESS
CAMPBELL PLLC
5517 Laceback Terrace
Austin, TX 78738
Tel: (267) 251-2874

Kevin Burgess
BUDWIN KAMPRATH BURGESS
CAMPBELL PLLC
508 Oakwood Estates Blvd.
Marshall, TX 75672
Tel: (512) 626-7253

Attorneys for Defendants
and Counterclaim Plaintiffs
*InterDigital, Inc., and InterDigital Madison Patent Holdings, SAS*

## ECF ATTESTATION

I, Madelyn S. McCormick, am the ECF User whose identification and password are being used to electronically file this Joint Stipulation. In accordance with Local Rule 5-4.3.4, concurrence in and authorization of the filing of this document has been obtained from the counsel of Defendants InterDigital, Inc., and InterDigital Madison Patent Holdings, SAS. I will maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

*/s/ Madelyn S. McCormick*
Madelyn S. McCormick