Christopher S. Marchese (SBN 170239)
marchese@fr.com
**FISH & RICHARDSON P.C.**
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Tel: (949) 623-7640 / Fax: (858) 678-5099

Attorneys for Plaintiffs and Counterclaim Defendants
*Dolby Laboratories, Inc., Dolby Laboratories Licensing Corp., and Dolby International AB*

Kevin Burgess (*Admitted Pro Hac Vice*)
kburgess@bkbclaw
**BUDWIN KAMPRATH BURGESS**
CAMPBELL PLLC
3008 Ross Ave., Ste 100, #17760175
Dallas, TX 75204
Tel: (817) 398-5704

Attorneys for Defendants and Counterclaim Plaintiffs
*InterDigital, Inc. and InterDigital Madison Patent Holdings, SAS*

Additional Counsel on Signature Page

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION LOS ANGELES**

DOLBY LABORATORIES, INC., DOLBY LABORATORIES LICENSING CORP., AND DOLBY INTERNATIONAL AB,

Plaintiffs and Counterclaim Defendants,

v.

INTERDIGITAL, INC., AND INTERDIGITAL MADISON PATENT HOLDINGS, SAS,

Defendants and Counterclaim Plaintiffs.

Case No. 2:26-cv-02269-WLH(BFM)

**JOINT REPORT ON PROTECTIVE ORDER AND/OR CONFIDENTIALITY AGREEMENT PURSUANT TO DKT. 100**

District Judge: Wesley L. Hsu

Magistrate Judge: Brianna Fuller Mircheff

Plaintiffs Dolby Laboratories, Inc., Dolby Laboratories Licensing Corp., and Dolby International AB ("Plaintiffs") and Defendants InterDigital, Inc., and InterDigital Madison Patent Holdings SAS ("Defendants") (collectively, "the Parties"), by and through their respective counsel, hereby submit this Joint Report pursuant to the Court's Scheduling Conference Order (Dkt. 100) regarding party and non-party document production.

The Parties have produced and/or are in the process of producing documents related to the asserted '268 patent that were produced in the Disney Action. Disney has also made productions in this action and continues to do so on a rolling basis. The Parties anticipate that will include discovery responses and deposition transcripts relevant to the '268 patent.

The Parties and Disney have met and conferred regarding the Court's Order and have not identified any issues concerning the Protective Order or confidentiality agreements that require the Court's intervention at this time. To the extent documents from the Disney Action are being produced, the parties are producing their own documents and/or obtaining any necessary permissions from third parties before production in this action. The Parties agree that no hearing is necessary at this time.

Dated: October 27, 2026

Respectfully submitted,

FISH & RICHARDSON P.C.

*/s/ Madelyn S. McCormick*

Christopher S. Marchese (SBN 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Tel: (949) 623-7640
Fax: (858) 678-5099

John W. Thornburgh (SBN 154627)
thornburgh@fr.com
Aleksandr Gelberg (SBN 279989)

gelberg@fr.com
Madelyn S. McCormick (SBN 320063)
mmccormick@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070 / Fax: (858) 678-5099

Alex Yu (SBN 334963)
yu@fr.com
Linda Chang (SBN 363647)
chang@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel: (650) 839-5070

Adam R Shartzer (*Admitted Pro Hac Vice)*
shartzer@fr.com
James H.S. Young (*Admitted Pro Hac Vice)*
jyoung@fr.com
FISH & RICHARDSON P.C
1000 Maine Ave. Ste. 1000
Washington, D.C., 20024
Tel: (202) 783-5070
Fax: (202) 783-2331

Tae Hong (*Pro Hac Vice Pending*)
hong@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St. NE, 21st Floor
Atlanta, GA 30309
Tel: (404) 892-5005
Fax: (404) 892-5002

Joshua H. Park (*Admitted Pro Hac Vice*)
jpark@fr.com
FISH & RICHARDSON P.C.
909 Fannin St., Ste.2100
Houston, TX 77010
Tel: (713) 654-5300
Fax: (713) 652-0109

Attorneys for Plaintiffs and
Counter Defendants

*Dolby Laboratories, Inc.,*
*Dolby Laboratories Licensing Corp.,*
*and Dolby International AB*

Dated: October 27, 2026

OLSON STEIN LLP

*/s/ David M. Stein*

Nancy M. Olson (SBN 260303)
nolson@olsonstein.com
David M. Stein (SBN 198256)
dstein@olsonstein.com
OLSON STEIN LLP
240 Nice Lane #301
Newport Beach, CA 92663
Tel: (310) 916-7433

Richard A. Kamprath (*Admitted Pro Hac Vice*)
rkamprath@bkbclaw.com
Joshua W. Budwin (*Admitted Pro Hac Vice*)
jbudwin@bkbclaw.com
Kevin Burgess (*Admitted Pro Hac Vice*)
kburgess@bkbclaw
BUDWIN KAMPRATH BURGESS
CAMPBELL PLLC
3008 Ross Ave., Ste 100
Mailbox No. 17760175
Dallas, TX 75204
Tel: (817) 398-5704

Attorneys for Defendants
and Counterclaim Plaintiffs
*InterDigital, Inc., and InterDigital Madison Patent Holdings, SAS*

**ECF ATTESTATION**

I, Madelyn McCormick, am the ECF User whose identification and password are being used to electronically file this Joint Stipulation. In accordance with Local Rule 5-4.3.4, concurrence in and authorization of the filing of this document has been obtained from the counsel of Defendants InterDigital, Inc., and InterDigital Madison Patent Holdings, SAS. I will maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

*/s/ Madelyn McCormick*
Madelyn McCormick