UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DOLBY LABORATORIES, INC., DOLBY LABORATORIES LICENSING CORP. and DOLBY INTERNATIONAL AB,

Plaintiffs,

*v.*

INTERDIGITAL, INC., and INTERDIGITAL MADISON PATENT HOLDINGS SAS,

Defendants.

INTERDIGITAL, INC., and INTERDIGITAL MADISON PATENT HOLDINGS SAS,

Counterclaim Plaintiffs,

*v.*

DOLBY LABORATORIES, INC., DOLBY LABORATORIES LICENSING CORP., and DOLBY INTERNATIONAL AB,

Counterclaim Defendants.

Case No. 2:26-cv-02269-WLH-BFM

**ORDER RE JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO SEVER AND CONSOLIDATE [111]**

The Court is in receipt of the Joint Stipulation to Continue Hearing on Defendant's Motion to Sever and Consolidate ("Joint Stipulation," Dkt. No. 111). The Court, having considered the Joint Stipulation and finding good cause, hereby **ORDERS:**

1. The hearing on Defendants' Motion to Sever and Consolidate (Dkt. No. 107) is **CONTINUED** from November 20, 2026, to December 11, 2026, at 1:30 p.m.;

2. Plaintiffs' Opposition to Defendants' Motion to Sever and Consolidate shall be filed no later than November 9, 2026;

3. Defendants' Reply in Support of its Motion to Sever and Consolidate shall be filed no later than November 24, 2026; and

4. All other deadlines, dates, and proceedings in this action remain unchanged.

**IT IS SO ORDERED.**

Dated: October 29, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE