Nancy M. Olson (SBN 260303)
nolson@olsonstein.com
David M. Stein (SBN 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 310.916.7433
*Attorneys for Defendants*

Christopher S. Marchese (SBN 170239)
marchese@fr.com
**FISH & RICHARDSON P.C.**
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Phone: 949.623.7640
*Attorney for Plaintiffs*

*Additional Counsel on signature block

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION LOS ANGELES**

| | |
|---|---|
| DOLBY LABORATORIES, INC., *et al.*,<br>Plaintiffs,<br>v.<br>INTERDIGITAL, INC., *et al.*<br>Defendants. | Case No. 2:26-cv-02269-WLH-BFM<br><br>**JOINT STIPULATION REGARDING ACCESS TO SEALED PORTION OF SCHEDULING CONFERENCE TRANSCRIPT**<br><br>District Judge: Hon. Wesley L. Hsu |
| INTERDIGITAL, INC., *et al.*,<br>Counterclaim Plaintiffs,<br>v.<br>DOLBY LABORATORIES, INC., *et al.*<br>Counterclaim Defendants. | |

Plaintiffs and Counterclaim Defendants Dolby Laboratories, Inc., Dolby Laboratories Licensing Corp., and Dolby International AB (collectively, "Dolby" or "Plaintiffs") and Defendants and Counterclaim Plaintiffs InterDigital Inc., and InterDigital Madison Patent Holdings, SAS, (collectively, "InterDigital" or "Defendants"), by and through their undersigned counsel of record, stipulate as follows:

1. On October 13, 2026, the Court held a scheduling conference in this action. At the scheduling conference, the Court addressed disputes raised in the parties' Joint Rule 26(f) Report. At counsel's request, the Court cleared the courtroom and ordered that portions of the hearing transcript be sealed until further order of the Court. ECF No. 100 (minutes).

2. The parties have received copies of the transcript reflecting the public portion of the hearing. A Court order is needed to obtain the sealed portion of the hearing.

3. The parties agree that outside counsel of record should have access to the sealed portion of the October 13, 2026 scheduling conference transcript so that counsel may review the complete record of the Court's discussion with the parties.

4. The parties further agree that, consistent with the nature of the material discussed and its Highly Confidential / Attorneys Eyes Only designation, access to the sealed material should be limited to outside counsel of record, subject to the Protective Order entered in this action (ECF 75), and any other confidentiality obligations applicable to the information contained in the sealed portion of the transcript.

Accordingly, the parties respectfully stipulate and request that the Court enter an order stating that the Court Reporter may provide to outside counsel of record for the parties access to the sealed portion of the October 13, 2026, scheduling conference transcript.

**IT IS SO STIPULATED.**

Dated: November 11, 2026

Respectfully submitted,

By: */s/ Nancy M. Olson*

Nancy M. Olson (SBN 260303)
nolson@olsonstein.com
David M. Stein (SBN 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 310.916.7433

Joshua W. Budwin
*(admitted pro hac vice)*
jbudwin@bkbclaw.com
Richard Kamprath
(*admitted pro hac vice)*
rkamprath@bkbclaw.com
Kevin Burgess
*(admitted pro hac vice)*
kburgess@bkbclaw.com
**BUDWIN KAMPRATH**
**BURGESS CAMPBELL PLLC**
3008 Ross Ave., Suite 100, No. 17760175
Dallas, TX 75204
Phone: 817.398.5704

*Attorneys for InterDigital, Inc.*

By: */s/ Madelyn S. McCormick*

Christopher S. Marchese (SBN 170239)
marchese@fr.com
**FISH & RICHARDSON P.C.**
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Tel: (949) 623-7640
Fax: (858) 678-5099

Madelyn S. McCormick (SBN 320063)
marchese@fr.com
John W. Thornburgh (SBN 154627)
thornburgh@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070
Fax: (858) 678-5099

Alex Yu (SBN 334963)
yu@fr.com
Linda Chang (SBN 363647)
chang@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel: (650) 839-5070
Fax: (650) 839-5071

Adam R Shartzer
(*admitted pro hac vice*)
shartzer@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Ave. Ste. 1000
Washington, D.C., 20024
Tel: (202) 783-5070

Fax: (202) 783-2331

Peter Tae Hong (*admitted pro hac vice*)
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, 21st Floor
Atlanta, GA 30309
Tel: (404) 892-5005
Fax: (404) 892-5002

Joshua H. Park (*admitted pro hac vice*)
jpark@fr.com
**FISH & RICHARDSON P.C.**
909 Fannin St., Ste.2100
Houston, TX 77010
Tel: (713) 654-5300
Fax: (713) 652-0109

*Attorneys for Dolby Laboratories, Inc.*

**L.R. 5-4.3.4 ATTESTATION**

The undersigned attests that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: November 11, 2026

By: /s/ *Nancy M. Olson*
Nancy M. Olson