Nancy M. Olson (SBN 260303)
nolson@olsonstein.com
David M. Stein (SBN 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 310.916.7433
*Attorneys for Defendants*

Christopher S. Marchese (SBN 170239)
marchese@fr.com
**FISH & RICHARDSON P.C.**
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Phone: 949.623.7640
*Attorney for Plaintiffs*

*Additional Counsel on signature block

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION LOS ANGELES**

DOLBY LABORATORIES, INC., *et al.*,

Plaintiffs,

v.

INTERDIGITAL, INC., *et al.*

Defendants.

INTERDIGITAL, INC., *et al.*,

Counterclaim Plaintiffs,

v.

DOLBY LABORATORIES, INC., *et al.*

Counterclaim Defendants.

Case No. 2:26-cv-02269-WLH-BFM

**JOINT STIPULATION TO EXTEND TIME TO FILE JOINT REPORT RE TRIAL PLAN AND PROPOSED SCHEDULE**

District Judge: Hon. Wesley L. Hsu

Plaintiffs and Counterclaim Defendants Dolby Laboratories, Inc., Dolby Laboratories Licensing Corp., and Dolby International AB (collectively, "Dolby" or "Plaintiffs") and Defendants and Counterclaim Plaintiffs InterDigital Inc., and InterDigital Madison Patent Holdings, SAS, (collectively, "InterDigital" or "Defendants"), by and through their undersigned counsel of record, stipulate as follows:

1. On October 13, 2026, the Court held a scheduling conference and ordered the parties to file a joint submission by November 12, 2026, addressing the proposed trial structure and revised case schedule. ECF No. 100 (minutes).

2. Since the scheduling conference, the parties have been addressing the issues raised by the Court at the conference.

3. The parties are continuing to share proposals and work toward reaching agreements on these issues and agree that they would benefit from additional time to finalize their proposals and narrow any remaining disputes before filing their joint submission with the Court.

4. Additionally, the global Outlook outage, reported on November 12, 2026, has prevented the parties from exchanging further information today, which would have facilitated an additional conference of counsel.

5. The parties have agreed to a brief extension of time, up to and including November 20, 2026, to file their joint submission.

6. Good cause exists for this extension, as it will allow the parties sufficient time to continue their discussions and present a more coordinated submission to the Court. This brief extension will not affect any other scheduled dates or deadlines in this action.

Accordingly, the parties respectfully stipulate and request that the Court enter an order extending the deadline for the parties to file their joint submission from November 12, 2026, to November 20, 2026.

**IT IS SO STIPULATED.**

Dated: November 12, 2026

Respectfully submitted,

By: */s/ Nancy M. Olson*

Nancy M. Olson (SBN 260303)
nolson@olsonstein.com
David M. Stein (SBN 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 310.916.7433

Joshua W. Budwin
*(admitted pro hac vice)*
jbudwin@bkbclaw.com
Richard Kamprath
*(admitted pro hac vice)*
rkamprath@bkbclaw.com
Kevin Burgess
*(admitted pro hac vice)*
kburgess@bkbclaw.com
**BUDWIN KAMPRATH BURGESS CAMPBELL PLLC**
3008 Ross Ave., Suite 100, No. 17760175
Dallas, TX 75204
Phone: 817.398.5704

*Attorneys for InterDigital, Inc.*

By: */s/ Madelyn S. McCormick*

Christopher S. Marchese (SBN 170239)
marchese@fr.com
**FISH & RICHARDSON P.C.**
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Tel: (949) 623-7640
Fax: (858) 678-5099

Madelyn S. McCormick (SBN 320063)
marchese@fr.com
John W. Thornburgh (SBN 154627)
thornburgh@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070
Fax: (858) 678-5099

Alex Yu (SBN 334963)
yu@fr.com
Linda Chang (SBN 363647)
chang@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel: (650) 839-5070
Fax: (650) 839-5071

Adam R Shartzer
(*admitted pro hac vice*)
shartzer@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Ave. Ste. 1000
Washington, D.C., 20024
Tel: (202) 783-5070

Fax: (202) 783-2331

Peter Tae Hong (*admitted pro hac vice*)
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, 21st Floor
Atlanta, GA 30309
Tel: (404) 892-5005
Fax: (404) 892-5002

Joshua H. Park (*admitted pro hac vice*)
jpark@fr.com
**FISH & RICHARDSON P.C.**
909 Fannin St., Ste.2100
Houston, TX 77010
Tel: (713) 654-5300
Fax: (713) 652-0109

*Attorneys for Dolby Laboratories, Inc.*

**L.R. 5-4.3.4 ATTESTATION**

The undersigned attests that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing. Although the filing could not be shared electronically due to the global Outlook outage, the parties agreed to its contents following oral reading of the document via telephone call.

Dated: November 12, 2026

By: */s/ Nancy M. Olson*
Nancy M. Olson