# JUDGE WESLEY L. HSU

## SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

*Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.*

**The Court ORDERS the parties to make every effort to agree on dates.**

| **Case No:** 2:26-cv-02269-WLH(BFM) | | **Case Name:** DOLBY LABORATORIES, INC., et al. v. INTERDIGITAL, INC., et al. | | |
|---|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** | | **Dolby's Proposed Date** | **InterDigital's Proposed Date** | **Court Order** |
| Check one ☒ Jury Trial or ☐ Court Trial ☐ Magistrate Judge<br>***(Monday at 9:00 a.m. within 12 months of Scheduling Conference)***<br>Estimated Duration **5-6** Days **Trial Subject to Trailing per Standing Order* | | 02/14/2028 | 11/01/2027 | ☐ Jury Trial<br>☐ Court Trial |
| Final Pretrial Conference ("FPTC") [L.R. 16]<br>**(Friday at 3:00 p.m., at least 18 days before trial)** | | 01/21/2028 | 10/08/2027 | |
| **Event** [1]<br>**Note:** Hearings shall be on Fridays at 1:30pm Other dates can be any day of the week | **Weeks Before** [2] **FPTC** | **Dolby's Proposed Date** | **InterDigital's Proposed Date** | **Court Order** |
| InterDigital's Disclosure of Asserted Claims & Infringement Contentions (SPR B.1/SPR B.7) | | Served 07/16/2026 | Served on 07/31/2026 | |
| Dolby's Invalidity Contentions & accompanying document production (SPR B.5/B.6) | | Served 08/14/2026 | Served on 08/14/2026 | |
| Last Date to Hear Motion to Amend Pleadings / Add Parties [Friday] | | 02/05/2027 | 02/05/2027 | |
| Supplemental Disclosure of Asserted Claims & Infringement Contentions (SPR B.1/SPR B.7) | | 01/08/2027 | Unnecessary | |
| Supplemental Invalidity Contentions & accompanying document production (SPR B.5/B.6) | | 02/05/2027 | Unnecessary | |
| Fact Discovery Cut-Off<br>(No later than deadline for filing dispositive motion) | 18 | 04/30/2027 | 03/19/2027 | |

[1] Once issued, this "schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).

[2] The numbers below represent the Court's recommended timeline. The parties may propose alternate dates based on the needs of each individual case. Class Actions and ERISA cases may need to vary from the above.

| | | | | |
|---|---|---|---|---|
| Parties serve final contentions on infringement and validity | | 05/14/2027 (both sides) | 03/26/2027 (both sides) | |
| Expert Disclosure (Initial) | 16 | 05/21/2027 (both sides) | 04/23/2027 (both sides) | |
| Expert Disclosure (Rebuttal) | 14 | 06/18/2027 (both sides) | 05/21/2027 (both sides) | |
| Deadline to Meet and Confer re MSJ | | 06/28/2027 | 05/28/2027 | |
| Expert Discovery Cut-Off | 14 | 07/09/2027 | 06/04/2027 | |
| Moving party's portion of Joint Brief served | | 07/23/2027 | 06/18/2027 | |
| MSJ Opposing party's integrated portion served | | 08/13/2027 | 07/09/2027 | |
| Joint MSJ Brief filed | | 08/20/2027 | 07/16/2027 | |
| Reply MSJ filed | | 09/10/2027 | 07/30/2027 | |
| Last Date to <u>Hear</u> Motions<br>• Rule 56 Motion due at least 6 weeks before hearing;<br>• Opposition due 2 weeks after motion is filed before hearing;<br>• Reply due 1 week after Opposition is filed | 12 | 10/22/2027 | 08/27/2027 | |
| Last Date to <u>Hear</u> *Daubert* Motions | 8 | 11/19/2027 | 08/27/2027 | |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br><u>Select one:</u><br>☐1. Magistrate Judge *(with Court approval)*<br>☐ 2.Court's Mediation Panel<br>☒ 3.Private Mediation | 5 | 12/10/2027 | 08/06/2027 | ☐ 1.Mag J.<br>☐ 2. Panel<br>☐ 3. Private |
| **<u>Trial Filings</u> (first round)**<br>• Motions In Limine (except *Daubert*)<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52](court trial only)<br>• Declarations containing Direct Testimony, if ordered (court trial only) | 4 | 12/17/2027 | 09/17/2027 | |

| | | | | |
|---|---|---|---|---|
| **<u>Trial Filings</u> (second round)**<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations. of Direct Testimony (court trial only) | 2 | 01/07/2028 | 10/01/2027 | |