UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DOLBY LABORATORIES, INC., *et al.*,

Plaintiffs,

v.

INTERDIGITAL, INC., *et al.*

Defendants.

INTERDIGITAL, INC., *et al.*,

Counterclaim Plaintiffs,

v.

DOLBY LABORATORIES, INC., *et al.*

Counterclaim Defendants.

Case No. 2:26-cv-02269-WLH-BFM

ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO FILE JOINT REPORT RE TRIAL PLAN AND PROPOSED SCHEDULE [122]

The Court is in receipt of the Parties' Joint Stipulation to Extend Time to File Joint Report Re Trial Plan and Proposed Schedule, ("Stipulation to Extend Time," Dkt. No. 122), and Joint Stipulation Regarding Access to the Sealed Portion of the Scheduling Conference Transcript, ("Stipulation Regarding Sealed Transcript," Dkt. No. 121). Both

stipulations relate to the Scheduling Conference held on October 13, 2026. ("Minutes of the Scheduling Conference," Dkt. No. 100.)

The Court, having considered and finding good cause, **GRANTS** the Stipulation to Extend Time and **GRANTS** the Stipulation Regarding Sealed Transcript. The Court **ORDERS** as follows:

- The deadline for the parties to file their Joint Report, as set forth in the Minutes of the Scheduling Conference, is **CONTINUED** from November 12, 2026, to November 20, 2026. This extension does not affect any other scheduled dates or deadlines in this action.
- The Court Reporter may provide to outside counsel of record for Plaintiffs and Defendants a copy of the sealed portion of the October 13, 2026, scheduling conference transcript, which is designated Highly Confidential Attorneys Eyes Only pursuant to the Protective Order entered for this case, (Protective Order, Dkt. No. 75).

This Order does not otherwise modify the Court's prior order sealing portions of the transcript, and the sealed portion of the transcript shall remain under seal unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

Dated: November 20, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE